UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE HAMILTON, TAMMY O'RILEY and
MORRIS CARR Individually and On
Behalf of All Other Persons Similarly Situated,

| | |
|---|---|
| Plaintiff, | **Case No.**<br>**06CV706** |
| vs. | **AFFIDAVIT OF**<br>**SERVICE** |
| UNLIMITED CARE, INC. | |
| Defendant. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside at New York NY:

On February 8, 2006 at 12:05 p.m. at 222 Bloomingdale Avenue, White Plains, NY 10605 I served the within SUMMONS and COMPLAINT on UNLIMITED CARE, INC., defendant therein named, by delivering a true copy of same to JEFFREY KRIEGER, Controller.

The person served is a white male, brown hair, 30 -40 years old, 5'6"-5'8" in height, 175-185 pounds.

Bruce Lazarus
License No. 778916

Sworn to before me this
9th day of February 2006.

NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

*LegalEase*
Inc.