## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current and/or former employer, _Unlimited Care_.

_Ruth Spence_  2/14/06
Signature  Date

RUTH SPENCE
Printed Name