UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUZANNE HAMILTON, TAMMY O'RILEY,
and MORRIS CARR Individually and
on Behalf of All other persons similarly situated,   :   **NOTICE OF**
   :   **APPEARANCE**
        Plaintiffs,

   :   Index No.: 06CV706

    -against-

UNLIMITED CARE, INC.

        Defendant.
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for SUZANNE HAMILTON, TAMMY O'RILEY, and MORRIS CAR, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> BERGER & GOTTLIEB
> Jeffrey M. Gottlieb, Esq.
> 150 East 18th Street.
> Suite PHR
> New York, NY 10003
> Tel: (212) 228-9795
> Fax: (212) 982-6284

Dated: New York, New York
       February 6, 2007

       Respectfully submitted,

       **BERGER & GOTTLIEB**

       By: /s/ Jeffrey M. Gottlieb
            Jeffrey M. Gottlieb (JG 7905)