UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUZANNE HAMILTON, TAMMY O'RILEY, :
and MORRIS CARR Individually and :
on Behalf of All other persons similarly situated, : **NOTICE OF**
: **APPEARANCE**
        Plaintiffs, :
: Index No.: 06CV706
   -against- :
:
UNLIMITED CARE, INC. :
:
        Defendant. :
-----------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for SUZANNE HAMILTON, TAMMY O'RILEY, and MORRIS CAR, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        BERGER & ASSOCIATES
        Bradley Berger, Esq.
        321 Broadway
        New York, NY 10007
        Tel: (800) 529-4444

Dated: New York, New York
       March 14, 2007

        Respectfully submitted,

        **BERGER & ASSOCIATES**

        By: /s/ Bradley Berger
            Bradley Berger