UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUZANNE HAMILTON, TAMMY O'RILEY, :
and MORRIS CARR Individually and :
on Behalf of All other persons similarly situated, :
:
                       Plaintiffs, :
: Index No.: 06CV706 (SCR)
          -against- :
:
UNLIMITED CARE, INC. :
:
                       Defendant. :
------------------------------------------------------------X

### STIPULATION AND ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Suzanne Hamilton, Tammy O'Riley and Morris Carr, and Defendant, that the above-captioned action be dismissed in its entirety, without prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

LOCKS LAW FIRM, PLLC         JONATHAN P. ARFA, P.C.
*Attorneys for Plaintiff*            *Attorney for Defendant*
110 East 55th Street, 12th Floor    4 Gannett Drive
New York, New York 10022       White Plains, New York 10604
(212) 838-3333                         (914) 694-1000

By: _____     By: _____
Fran L. Rudich                      Jonathan P. Arfa
Seth R. Lesser

Dated: _____   Dated: 7/25/07

SO ORDERED on this 10th day of ~~July~~ August, 2007

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRON[IC]
DOC #:
DATE [FILED]